IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LEOBARDO HERNANDEZ HERNANDEZ,

     Petitioner,

v.                                     No. 1:26-cv-01208-KG-KK

TODD LYONS, et al.,

     Respondents.

<u>ORDER TO ANSWER</u>

Petitioner Leobardo Hernandez filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 on April 17, 2026.  Doc. 1.  The Clerk of Court provided notice of completion of electronic service on April 17, 2026.  Doc. 3.  The Court orders Respondents to file an answer no later than close of business on Friday, May 22, 2026.  The Clerk shall send a courtesy copy of this Order and the Petition to the U.S. Attorney's Office at the following email address: USANM.Civil.Immigration@usdoj.gov.

<u>/s/Kenneth J. Gonzales</u>
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.